IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Western

FILED BY _____ D.C.

05 JUN 20 PM 1:28

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 2:04CR20025-D

Gabriel Scurlock

## ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $500.00, payable to Yvonne Scurlock at 5449 Lochnivar, Memphis, TN 38116 in full refund of the cash appearance bond posted herein.

                                              United States District Judge
                                              Bernice B. Donald

Date: 6-20-2005

Approved.
Robert R. Di Trolio, Clerk of Court
BY: _____
Deputy Clerk

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-20-05

44

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CR-20025 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT